WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 06-6254M-001 |
| Plaintiff, | |
| vs. | |
| Bartholomio Iacano, | **ORDER** |
| Defendant. | |

A detention hearing on the Petition on Supervised Release was held on November 8, 2006.

**THE COURT FINDS** the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 8th day of November, 2006.

Lawrence O. Anderson
United States Magistrate Judge